IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 0 3 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| FRANK WAYNE REINKE,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA ZENT and LAMOR CLARK,<br><br>Defendants. | CV 15-70-BLG-SPW<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

The United States Magistrate Judge filed Findings and Recommendations on October 22, 2019. (Doc. 25.) The Magistrate recommended the Court dismiss the matter. (Doc. 25 at 8). On October 29, 2019, the Magistrate's Findings and Recommendations, which had been mailed to Plaintiff Frank Reinke, were returned as undeliverable.

Pursuant to L.R. 5.3(b), the Court may dismiss a complaint without prejudice when a document directed to the self-represented party has been returned as not deliverable and the Court fails to receive a written communication from the party indicating a current address for service within 60 days of the return. Over 60 days have passed, and the Court has not received any written communication from Reinke indicating a current address. Accordingly,

1

**IT IS ORDERED** that Reinke's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to enter judgment in favor of the Defendants.

DATED this 2rd day of January, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge